# Morgan Lewis

**Michael J. Puma**
Partner
+1.215.963.5000
Michael.puma@morganlewis.com

March 31, 2025

**VIA ECF**

The Honorable Keli M. Neary, U.S.D.J.
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA  18503

Re:   *Thomas Szeltner v. The Hershey Company;* Civil Action No. 1:23-cv-1369

Dear Judge Neary:

As counsel for Defendant The Hershey Company ("Hershey") and counsel for Plaintiff Thomas Szeltner, we write to advise you that the parties in the above-referenced case have reached an agreement to resolve this matter and are in the process of finalizing and executing the settlement agreement.  Upon completion of the settlement, the parties respectfully request that Plaintiff's case be dismissed with prejudice.

Accordingly, with consent of Plaintiff's counsel, and in accordance with the parties' agreement, Hershey will file a signed stipulation to dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), upon the final execution of settlement documents. The parties further request a stay of all deadlines pending Hershey's filing of the signed stipulation.

Thank you for your time and attention.

                                                Respectfully Submitted,

                                                **MORGAN, LEWIS & BOCKIUS LLP**

BY:   */s/ Michael J. Puma*
        Michael J. Puma, PA No. 94463
        2222 Market Street
        Philadelphia, PA 19103-3007
        Phone: (215) 963-5000
        michael.puma@morganlewis.com

        *Attorneys for Defendant*

**HAGELGANS & VERONIS**

BY: <u>*/s/ Lindsay J. O'Neil*</u>
     Lindsay J. O'Neil, PA No. 313161
     223 North Duke Street
     Lancaster, PA 17602
     Phone: (717) 295-7009
     lindsay@hvlawfirm.com

*Attorneys for Plaintiff*