IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SZELTNER,<br><br>    *Plaintiff*,<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>    *Defendant*. | Civ. No. 1:23-CV-1369 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Szeltner and Defendant The Hershey Company hereby stipulate and agree that the instant action is dismissed with prejudice, without costs or fees awarded to either Party.

By: */s/ Lindsay J. O'Neil*
    Lindsay J. O'Neil
    Hagelgans & Veronis
    223 North Duke Street
    Lancaster, PA 17602
    Phone: (717) 295-7009
    lindsay@hvlawfirm.com

    *Attorney for Plaintiff*

Dated:  May 5, 2025

By: */s/ Michael J. Puma*
    Michael J. Puma
    Morgan, Lewis & Bockius LLP
    2222 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-5000
    michael.puma@morganlewis.com

    *Attorneys for Defendant*

Dated:  May 5, 2025

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
Hon. Keli M. Neary, U.S.D.J.