**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

THOMAS SZELTNER,

*Plaintiff,*

v.                                                  Civ. No. 1:23-CV-1369

THE HERSHEY COMPANY,

*Defendant.*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Szeltner and

Defendant The Hershey Company hereby stipulate and agree that the instant action

is dismissed with prejudice, without costs or fees awarded to either Party.


By: */s/ Lindsay J. O'Neil*           By: */s/ Michael J. Puma*
    Lindsay J. O'Neil                     Michael J. Puma
    Hagelgans & Veronis                   Morgan, Lewis & Bockius LLP
    223 North Duke Street                 2222 Market Street
    Lancaster, PA 17602                   Philadelphia, PA 19103
    Phone: (717) 295-7009                 Telephone: (215) 963-5000
    lindsay@hvlawfirm.com                 michael.puma@morganlewis.com

    *Attorney for Plaintiff*              *Attorneys for Defendant*

Dated: May 6, 2025                    Dated: May 5, 2025



The foregoing Stipulation is hereby APPROVED as an Order of the Court.

   s/Keli M. Neary
United States District Judge